UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MERCED ROBLES,<br><br>        Plaintiff,<br><br>v.<br><br>APEX LINEN LLC, et al.,<br><br>        Defendants. | Case No. 2:15-cv-00721-APG-VCF<br><br>**ORDER DISMISSING CASE**<br><br>(Dkt. #21, 22) |

The parties have entered into a Stipulation to dismiss this case with prejudice. (Dkt. #22.) I will do so.

The parties' Stipulation requests that I retain jurisdiction over and decide defendants' objection to Magistrate Judge Koppe's October 1, 2015 Order issuing sanctions. (Dkt. #21.) The parties agree that my decision on the pending objection "has no effect on the settlement." (Dkt. #22 at 2.) I decline to exercise continued jurisdiction over a case that has been resolved.

IT IS THEREFORE ORDERED that the parties' Stipulation to dismiss **(Dkt. #22) is GRANTED IN PART**. This case is dismissed with prejudice. The clerk is directed to close this file.

DATED this 28th day of January, 2016.

                                                          ANDREW P. GORDON<br>                                                        UNITED STATES DISTRICT JUDGE